IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAVON EMILIO, | ) | 4:13CV3088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Director, | ) | |
| FRED BRITTEN, Warden, and L. | ) | |
| ANTHOLZ, Officer, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On December 9, 2013, the court gave Plaintiff additional time to provide the United States Marshals Service with accurate and sufficient information to effect service of process. (Filing No. 18.) The court also extended the time for Plaintiff to complete service of process until January 13, 2014. (*Id*.) Thereafter, Plaintiff returned the summons forms and summons were issued on January 2, 2014. (*See* Filing No. 19.)

    The court's January 13, 2014, service of process deadline has now passed and Plaintiff has not completed service of process. (*Id*.; *See also* Docket Sheet.) Because summons were not issued until January 2, 2014, the court will extend Plaintiff's time to serve Defendants until February 13, 2014. However, if service of process is not completed by February 13, 2014, Plaintiff must show good cause for his failure by February 27, 2014. Accordingly,

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff shall have until February 13, 2014, to complete service of process on Defendants.

2.	If Plaintiff fails to complete service of process by the court's deadline, he must show cause why this case should not be dismissed for his failure to serve Defendants by February 27, 2014. If Plaintiff does not complete service of process by February 13, 2014, and subsequently fails to show good cause for his failure Defendants by February 27, 2014, this action will be dismissed without prejudice and without further notice.

3.	The Clerk of the court is directed to set a pro se case management deadline with the following text: February 14, 2014: check for completion of service of process.

DATED this 22nd day of January, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

\*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.