IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAVON EMILIO, | ) | 4:13CV3088 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT P. HOUSTON, Director, | ) | |
| FRED BRITTEN, Warden, and L. | ) | |
| ANTHOLZ, Officer, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on Plaintiff's "Motion for Enlargement of Time." (Filing No. 42.) Plaintiff seeks an extension of time in which to complete interrogatories and requests for admission.

    On July 29, 2014, the court suspended all discovery deadlines in this matter until further notice from the court. (*See* Filing No. 41 (suspending dates set forth in Order Setting Schedule for Progression of a Case and ordering clerk's office to complete and forward forms to Marshal for service of process on Antholz).) Accordingly,

    IT IS ORDERED that: Plaintiff's "Motion for Enlargement of Time" (Filing No. 42) is denied as moot.

DATED this 4th day of August, 2014.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.